# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 8, 2023

Lyle W. Cayce
Clerk

———————

No. 22-30447

———————

Imperial Crane Services, Incorporated,

*Plaintiff—Appellant*,

*versus*

H & E Equipment Services, Incorporated,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:21-CV-1183

_____

Before Richman, *Chief Judge*, and Jones and Ho, *Circuit Judges*.
Per Curiam:[*]

　　We have carefully considered this appeal in light of the briefs and the record. Having done so, we find no error that would affect the judgment of the district court. We therefore affirm.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.